IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER GEAHR,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

CIVIL ACTION
NO. 18-2028

## ORDER

**AND NOW**, this 2nd day of January 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Doc. No. 13), and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**; and

3. The case is **REMANDED** in accordance with sentence four of 42 U.S.C. 405(g)[1] to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation (Doc. No. 13) of United States Magistrate Judge Thomas J. Reuter.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Sentence four of 42 U.S.C. § 405(g) provides that: "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."